UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************

JEREMY C. GRAVES,

          Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
*******************************

Civil Action No. 14-01437

**CONSENT ORDER
TO REMAND
PURSUANT TO
SENTENCE 4 OF
42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Tomasina DiGrigoli, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, which will include a new hearing, may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 31st day of August, 2015;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

*/s/ David E. Peebles*

---
David E. Peebles, Magistrate Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

                              RICHARD S. HARTUNIAN
                              United States Attorney

By: *[signature]*
     Tomasina DiGrigoli
     Special Assistant U.S. Attorney
     Bar No. 514002


     Conboy, McKay, Backman & Kendall, LLP

By:   s/Lawrence D. Hasseler
     Lawrence D. Hasseler
     Attorney for Plaintiff
     Bar No. 101935